BILL LOCKYER, Attorney General of the State of California
ROBERT R. ANDERSON, Chief Assistant Attorney General
MARY JO GRAVES, Senior Assistant Attorney General
BRIAN R. MEANS, Supervising Deputy Attorney General
JOHN G. McLEAN, Supervising Deputy Attorney General
State Bar No. 99436
 1300 I Street; Sacramento CA 95814
 P.O. Box 944255; Sacramento CA 94244-2550
 Telephone: (916) 324-5184
 Fax: (916) 324-2960
 Email: john.mclean@doj.ca.gov
Attorneys for Respondents

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSE LUIS RIVERA,**<br>                    Petitioner,<br>     v.<br>**JEANNE S. WOODFORD, et al.,**<br>                    Respondents. | CIV-S-05-2537 FCD JFM P<br>**ORDER** |

Respondent has filed a request to modify the briefing schedule.

    1.  GOOD CAUSE APPEARING, it is hereby ordered that Respondents' February 1, 2006 request is granted;

    2.  Respondents' March 2, 2006 answer is deemed timely filed; and

    3.  Petitioner is granted thirty days from the date of this order in which to file and serve a traverse.

DATED: March 27, 2006.

UNITED STATES MAGISTRATE JUDGE

/rive2537.ext