IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE LUIS RIVERA,

    Petitioner,               No. 2:05-cv-2537 FCD JFM (HC)

vs.

JEANNE S. WOODFORD,

    Respondent.             <u>ORDER</u>

_____/

        By order filed December 21, 2005, respondent was directed to file an answer, including any and all transcripts or other documents relevant to the determination of the issues presented in the application. Rule 5, Rules Governing Section 2254 Cases. On March 2, 2006, respondent filed an answer. On March 28, 2006, respondent lodged state court trial transcripts. However, the answer refers to lodged documents A - F, which were not lodged with the state court trial transcripts. Accordingly, IT IS HEREBY ORDERED that within eleven (11) days from the date of this order, respondent shall lodge documents A - F, referred to in the March 2, 2006 answer.

DATED: March 4, 2009.

                                                                  /s/ John F. Moulds
                                                        UNITED STATES MAGISTRATE JUDGE

001; rive2537.fb